**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:20-cv-00027-MR**

| | | |
|---|---|---|
| **MICHAEL ODELL FAIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| **FNU NEAL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion of Truth Declaration of Presence in Present Plain Fruit of the Nonpoisonous Tree to Manifest that the Honorable Court Shall Acknowledge that Plaintiff Assertion Stood in (Under) Truth and Awe Which Plaintiff Earnest Request that the Honorable Judge May Amend His Judgment and Grant Plaintiff Prior Requeted [*sic*] of Order in Good Faith", [Doc. 20], which the Court construes as a motion to Reconsider or Amend its Order of September 2, 2020.

As it appears that the Plaintiff has failed to follow the directives of this Court regarding his obtaining from a nonparty the information that is the subject of Plaintiff's Motion, the pending motion [Doc. 20] will be summarily denied for the reasons stated in the Court's September 2, 2020 Order [Doc. 19].

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 20] is **DENED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: October 19, 2020

Martin Reidinger
Chief United States District Judge