# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cv-00027-MR

| | |
|---|---|
| MICHAEL ODELL FAIR, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU NEAL, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Earnest Request to Return Fruit (Evidence) of Corresponse [*sic*] of Lt. V. Reid and Sheriff Bill Beam of Lincoln County Sheriff Department in Affidavit – Truth Affidavit." [Doc. 22].

In this motion, Plaintiff requests "in the spirit of contract at earnest request contractual consideration respectfully moves the Honorable Court to effortlessly return the presented fruit in [Doc. 20] for that is the only fruit available and shall not be eaten…." [Doc. 22 at 1]. It appears Plaintiff is requesting the Court to provide Plaintiff with a copy of the documents he submitted with a previous motion filed at Docket Entry 20. As such, the Court will grant Plaintiff's motion to the extent he is requesting such copies and will deny the motion as to any other relief sought therein.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 22] is **GRANTED IN PART** and **DENIED IN PART** in accordance with the terms of this Order.

The Clerk is instructed to send Plaintiff a copy of the documents filed at Docket Entry 20, pages 6 and 7.

**IT IS SO ORDERED.**

Signed: November 30, 2020

Martin Reidinger
Chief United States District Judge